# United States Court of Appeals
## For the First Circuit

---

No. 02-1318

UNITED STATES OF AMERICA,

Appellee,

v.

DENNIS J. MOONEY,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on December 30, 2002 is amended as follows:

Page 11, footnote 1:  Insert the following sentence at the end of the footnote:

> "We note, however, that appellate counsel for the government was not the attorney who prosecuted the case in the district court."